**94–824.** State ex rel. Gillispie v. Crooksville. *Perry County,* No. CA94467. This cause is pending before the court as an appeal from the Court of Appeals for Perry County. Upon consideration of

appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective August 8, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.